IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIDGETTE R. PINKELMAN,   )<br>                               )<br>       Plaintiff,           )<br>                               )<br>V.                            )<br>                               )<br>SOCIAL SECURITY ADMINISTRATION, )<br>                               )<br>       Defendant.            )<br>                               ) | 8:06CV373<br><br>ORDER |

This matter is before the court on Bridgette R. Pinkelman's ("plaintiff") motion for attorney fees, Filing No. 20, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (2007), and the Social Security Act, 42 U.S.C. § 406(b). Pursuant to sentence four of 42 U.S.C. § 405(g), the court entered an order and judgment reversing the Administrative Law Judge and finding the plaintiff eligible for disability benefits. Filing Nos. 18, 19. The court reversed and remanded this case to Jo Anne B. Barnhart, Commissioner of the Social Security Administration ("defendant"), for computation and determination of benefits.

Plaintiff requests that this court direct defendant to notify the court when defendant has determined the total amount of plaintiff's past due benefits. Following such notification, plaintiff requests that the court allow plaintiff thirty days to prepare and submit a request for fees and that this court stay the award of such fees until expiration of the thirty-day period.

ACCORDINGLY, IT IS ORDERED:

1) Defendant shall file a notice with the court when it has determined plaintiff's benefits;

2) Plaintiff shall file a motion with this court specifying the amount of fees she requests within thirty (30) days thereafter;

3) The court will stay the award of such fees until the thirty (30) days expires.

DATED this 30th day of March, 2007.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief United States District Judge